■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BRADLEY, Appellant.— Motion to resettle order denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ ENID SALTZMAN, Appellant, v. UNITED STATES LINES Co., Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ DANIEL SOLINS, Respondent, v. ADELE KLOSKY, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ KEITH SOWLEY, Appellant, v. GEORGE W. RHODES et al., Respondents. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ NETTIE STEIN et al., Appellants, v. HYMAN LEVINE et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ FRANK WIENCKO et al., Respondents, v. HERBERT A. O'BRIEN et al., as Executors of NELLIE MARINCIN, Deceased, Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ WITHATTAN REALTY Co. INC., Respondent, v. H. ABRAHAM, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■

## (September 22, 1959)

■ In the Matter of WILLIAM TARTER et al., on Behalf of Themselves and All Other Owners of Real Property in Atlantic Beach, Nassau County, Similarly Situated, Respondents, against EDWARD P. LARKIN, as Presiding Supervisor of the Town of Hempstead, Nassau County, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay granted on condition that the appellant's application for leave to appeal be made returnable at the October session of the Court of Appeals. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■

## (September 28, 1959)

■ ATTORAM REALTY CORP., Respondent, v. TOWN OF GREENBURGH, Appellant.— Motions referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.